UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROSPECT AUTO SALES AND REPAIRS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | **NOTICE FOR REMOVAL**<br><br>Case No. |

State Farm Mutual Automobile Insurance Company ("State Farm"), the defendant in the above-captioned matter, for purposes of removing this action from the Supreme Court of the State of New York, County of Bronx, in which it is now pending, to the United States District Court, Southern District of New York, respectfully states, shows and petitions to the Court as follows:

1. State Court Action. This is an action commenced on June 12, 2024, in New York State Supreme Court, County of Bronx, Index No. 809551/2024E, being a suit entitled and styled as PROSPECT AUTO SALES AND REPAIRS, INC. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. A copy of the summons and complaint electronically filed with the Bronx County Clerk's Office is annexed hereto as **Exhibit A**. The state court action was filed and venued in Bronx County, New York, within this Court's territorial jurisdiction.

2. Federal Jurisdiction. Plaintiff's verified complaint alleges that Plaintiff was and still is a corporation duly organized and existing under and by virtue of the laws of the State of New York and maintains an office for the conduct of its business at 3313 Laconia Avenue, in the City of New York, County of Bronx and State of New York." Exhibit A, ¶1. Plaintiff is a corporation


MURA LAW GROUP, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

organized and existing under the laws of the state of New York with its principal place of business in the state of New York. As such, plaintiff is a citizen of New York State under 28 U.S.C. § 1332(c).

Plaintiff's verified complaint alleges that State Farm "is an Illinois Corporation and Insurance Company…" Exhibit A, ¶2. State Farm admits the same. State Farm is a foreign corporation organized and existing under the laws of the State of Illinois with its principal place of business in the State of Illinois. As such, State Farm is a citizen of the State of Illinois under 28 U.S.C. § 1332(c).

Plaintiff's complaint asserts three causes of action against State Farm, each seeking "a money judgment against Defendant in an amount not less than $1,000,000.00 plus interest." Exhibit A, ¶¶49, 59, 69 and WHEREFORE clause at a., b., and c.

Accordingly, this Court has jurisdiction over this action based upon complete diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332(a), and this civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

3. Timeliness of Removal Petition. Plaintiff allegedly served the Summons and Verified Complaint on the New York State Department of Financial Services on July 24, 2024. See, affidavit of service attached as **Exhibit B**. Accordingly, removal of this action is timely under 28 U.S.C. § 1446(b), as it is made within 30 days after service of the complaint.

**WHEREFORE**, defendant, State Farm Mutual Automobile Insurance Company, respectfully requests that this action now pending in the Supreme Court of the State of New York, County of Bronx, be removed therefrom to this Honorable Court and that this Court take and assume jurisdiction over this matter and issue such further orders and processes as may be necessary to the trial and conclusion thereof. This petition of removal is submitted and filed



MURA LAW GROUP, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

without waiver of procedural or substantive defenses which are or may become available to the defendant.

DATED: Buffalo, New York
August 5, 2024

Roy A. Mura, Esq.
MURA LAW GROUP, PLLC
*Attorneys for Defendant*
930 Rand Building
14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800
roy.mura@muralaw.com

TO: Anthony J. Mamo, Esq.
THE LAW OFFICES OF
ANTHONY J. MAMO, JR., ESQ.
*Attorneys for Plaintiff*
47 Beekman Avenue, Suite 103
Sleepy Hollow, New York 10591
(914) 631-5050
MamoLaw@outlook.com