# AFFIDAVIT OF SERVICE

SUPREME COURT
STATE OF NEW YORK, COUNTY OF BRONX

Index #: 809551/2024E
Date Filed: June 12, 2024
Court Date:
Assigned Justice:

File No.:

*Prospect Auto Sales and Repairs, Inc.*

*Plaintiff(s)/Petitioner(s)*

*vs.*

*State Farm Mutual Automobile Insurance Company*

*Defendant(s)/Respondent(s)*

STATE OF New York , COUNTY OF ALBANY SS.:

Heather Morigerato, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On Wednesday, July 24, 2024 at 4:00 PM . at c/o Department of Finance, One Commerce Plaza , Albany , NY 12211 deponent served the within Summons and Verified Complain with Exhibit 1 and Notice of Electronic Filing

on: State Farm Mutual Automobile Insurance Company

Defendant therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

#1 CORPORATION ☒ By delivering to and leaving with Janessa Femia, Supervisor and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

#2 DESCRIPTION ☒ (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female Color of skin: NA Color of hair: NA Age: NA Height: NA
Weight: NA Other Features: NA

#3 WIT. FEES ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#4 OTHER ☒ Documents sent via UPS Ground to Janessa Femia at NYS Dept. of Finance (via UPS Ground 1ZA9978A0394593551) 7/24/2024 per instructions as DFS not open to public due to COVID19. NYS DFS will provide attorney with acknowledgment direct.

Sworn to before me on this 29th day of July 2024

SCOTT SCHUSTER
Notary Public, State of New York
No. 01SC6308636
Qualified in Albany County
Commission Expires July 28, 2026

Heather Morigerato