UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PROSPECT AUTO SALES AND REPAIRS, INC.,

           Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

           Defendant.

**STIPULATION OF DISMISSAL**

Case No. 1:24-cv-05940-AS

      Plaintiff, Prospect Auto Sales and Repairs, Inc., and defendant, State Farm Mutual Automobile Insurance Company, by their undersigned counsel, hereby jointly stipulate and agree to dismiss this action and all claims asserted in it, without prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

Dated: August 19, 2024

_____
Anthony J. Mamo, Jr., Esq.
The Law Offices of Anthony J. Mamo, Jr., PC
*Attorneys for Plaintiff*
47 Beekman Avenue, Suite 103
Sleepy Hollow, New York 10591
(914) 631-5050
mamolaw@outlook.com

_____
Roy A. Mura, Esq.
Mura Law Group, PLLC
*Attorneys for Defendant*
930 Rand Building, 14 Lafayette Square
Buffalo, New York 14203
(716) 855-2800
roy.mura@muralaw.com

MURA LAW GROUP, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816